AO 247 (Rev. 11/11) ALSD  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

United States of America )
v. )
PATRICK THOMPSON )  Case No: 03-00168-CB
)
)  USM No: 19151-038
Date of Original Judgment: August 25, 2004 )
Date of Previous Amended Judgment: Jan. 16, 2007 )
*(Use Date of Last Amended Judgment if Any)*     Defendant's Attorney

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ] DENIED.  [✓] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 480 months **is reduced to** 328 months.

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS**
Cts. 1-4) 480 mos, Ct. 5&6) 240 cc reduced to Cts. 1-4) 328, Cts. 5&6 240 cc.

Except as otherwise provided, all provisions of the judgment dated January 16, 2007 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: September 1, 2015                 s/Charles R. Butler, Jr.
                                              *Judge's signature*

Effective Date: November 1, 2015              Charles R. Butler, Jr., Senior United States District Judge
*(if different from order date)*              *Printed name and title*