AO 247 (Rev. 11/11) ALSD  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| | |
|---|---|
| United States of America  v.  PATRICK THOMPSON | ) ) ) ) ) ) ) |

Case No: 03-000168-CB
USM No: 19151-038

Date of Original Judgment: August 25, 2004
Date of Previous Amended Judgment: Sept. 1, 2015
*(Use Date of Last Amended Judgment if Any)*

*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS**
For reasons stated in a separate order entered this date, Defendant is not eligible for a sentence reduction under Amendment 706.

Except as otherwise provided, all provisions of the judgment dated  September 1, 2015  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: October 2, 2015              s/Charles R. Butler, Jr.
                                          *Judge's signature*

Effective Date: November 1, 2015         Charles R. Butler, Jr., Senior United States District Judge
*(if different from order date)*         *Printed name and title*